# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135321

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLEO POINDEXTER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:  135321
COA: 269915
Wayne CC: 05-009457-01

On order of the Court, the application for leave to appeal the October 2, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

l0211